UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LORETTA MERCADO,**<br><br>PLAINTIFF,<br><br>V.<br><br>**BASS PRO OUTDOOR WORLD, LLC,**<br><br>DEFENDANT. | :<br>:<br>:<br>:<br>: **CIVIL ACTION NO.:  3:21-CV-01219**<br>: **(MPS)**<br>:<br>:<br>: **JANUARY 26, 2022**<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties file this joint stipulation to dismiss the lawsuit, with prejudice and without an award of fees or costs to either party.

Respectfully Submitted,

| **The Plaintiff, Loretta Mercado,** | **The Defendant, Bass Pro Outdoor World, LLC,** |
|---|---|
| /s/ *Daniel H. Kryzanski*<br>Daniel H. Kryzanski (ct29915)<br>Law Offices of Daniel H. Kryzanski<br>30 Ferry Blvd. #2<br>Stratford, CT 06615<br>Tel:  (203) 380-1384<br>danielkryzanski@gmail.com | /s/ *Barry A. Hartstein*<br>Barry A. Hartstein (phc2031)<br>Lori B. Alexander (ct08970)<br>LITTLER MENDELSON, P.C.<br>321 North Clark Street, Suite 1100<br>Chicago, IL 60654<br>Tele:  (312) 795-3260<br>Bhartstein@littler.com |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 26, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all counsel and pro se parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                        */s/ Barry A. Hartstein*
                                        Barry A. Hartstein (phv20311)